UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-11844-RWZ

ROBERT FOXWORTH

v.

MICHAEL T. MALONEY

**AMENDED** ORDER FOR RELEASE OF PETITIONER
March 13, 2008

ZOBEL, D.J.

The Court of Appeals having remanded this case for further consideration on the merits and, "given his favorable prospects for at least partial success..." on the issue of release pending decision by this court and review by the Court of Appeals,

It is Ordered:

That petitioner be and hereby is released from custody by the Commonwealth of Massachusetts; and

That, pending further order of this court, he shall comply with all of the following conditions

1) He shall reside with his sister Tina Langley at 996 North Main Street, Randolph, Massachusetts;

2) He shall sign an unsecured appearance bond in the amount of $100,000.00;

3) He shall report to Pretrial Services at the United States District Court as directed;

4) He shall submit to electronic monitoring, subject to attendance at religious services, meetings with his counsel, medical appointments and the requirements of his employment;

5) He shall maintain employment with Andrew G's Painting and Remodelling Co., 110 Wellington Hill Street, Mattapan, MA 02126;

6) He shall not use any illegal drugs and he shall submit to drug testing as directed, but not more often than 104 times per year. He shall also refrain from the excessive use of alcohol;

7) He shall not contact, directly or indirectly, Antoinette McLean, Ann Marie McLean, Derrick Hobson, Anthony McAfee, Ronald Christian and Troy Logan. Should any of these persons contact him, petitioner shall not engage them in any conversation and only refer them to his counsel;

8) He shall not possess any guns or other dangerous weapons;

9) He shall not violate any local, state or federal criminal laws;

10) He shall not travel outside the Commonwealth of Massachusetts;

11) He shall answer all orders of this court.

This court's order dated August 17, 2006 (#26 on the Docket) is vacated, but only to the extent it required retrial of petitioner within 60 days.

March 13, 2008
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE